O

JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| SANTIAGO P. PELAYO,<br><br>       Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; CENTRAL FORD AUTOMOTIVE, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case № 2:19-CV-00811-ODW (SSx)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT [17]** |

The Court, having considered the parties' joint stipulation, hereby finds good cause and **GRANTS** the parties' request.

Accordingly, the matter is hereby **REMANDED** as case number 18STCV10054 to the California Superior Court, County of Los Angeles, Department 34, Stanley Mosk Courthouse, 111 North Hill Street, Los Angeles, Ca 90012.

**IT IS SO ORDERED.**

May 17, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**